JAMES MORRISON AND ANOTHER, APPELLANTS, v. ALEX-
ANDER MORRISON AND ANOTHER, RESPONDENTS.

*Mortgage — waiver of conditions of, for support and maintenance.*

Where a mortgage is given conditioned for the support and maintenance of the mortgagee, and for the payment to him of a certain sum, weekly, a refusal on his part to receive such sum is a waiver of the condition, and the mortgagor is thereby discharged from performing the same. (*Young* v. *Hunter*, 6 N. Y., 204; *Holmes* v. *Holmes*, 9 id., 527 ; *Carman* v. *Pultz*, 21 id., 547.)

In an action brought to foreclose a mortgage conditioned for the support of the mortgagee, no relief can be granted for a neglect to support after the commencement of the action. (*Ferguson* v. *Ferguson*, 2 N. Y., 360.)

APPEAL from a judgment entered upon the report of a referee.

*John Van Voorhis*, for the appellants.

*P. M. Crandall*, for the respondents.

Opinion by MULLIN, P. J.

Judgment reversed and new trial granted, costs to abide the event.